UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:11-CV-30244 KPN

| | |
|---|---|
| RONALD LOPEZ, | ) |
| Plaintiff, | ) |
| v. | ) |
| HILL HOMES HOUSING COOPERATIVE INC., LINDA PATTON, RHONDA SHERRELL, and MAUREEN STACATTO, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff, Ronald Lopez, hereby stipulates to dismiss all claims in the above-captioned cause of action, including all rights of appeal, with prejudice and without costs, interest, or attorneys fees pursuant to Mass. R. Civ. P. 41 (a)(1)(ii).

The Plaintiff
By His attorneys,

_____
Meris Berqquist, Esquire
Massachusetts Fair Housing
57 Suffolk Street
Holyoke, Massachusetts 01040
413 539 9796 - Tel

Dated: 4.9.13

The Defendants,
By Their attorneys,

_____
Jeffrey D. Kiesling BBO #651521
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500 – Tel.
(781) 246-0167 – Fax.